

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-18-00697-CV

Lois S. **CANTU**,
Appellant

v.

Chad **HANCHEY** and Alyka Hanchey,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCN-16-0000163
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On August 13, 2019, appellant timely filed an Unopposed Motion for Extension of Time to File Motion for Rehearing or En Banc Reconsideration, requesting a fifteen day extension. After consideration, we **GRANT** the motion. The new due date is August 30, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court